IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM HASSAN MILHOUSE,** | : | |
| Plaintiff | : | |
| | : | No. 1:14-cv-01973 |
| v. | : | |
| | : | (Judge Kane) |
| **FRANCIS FASCIANA, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 30th day of September 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 89), is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania